In the Matter of the Application of SARAH DOYLE and Others, Petitioners, for a Certiorari Order against WILLIAM H. JACKSON, as President of the Village of Ossining, and J. HAROLD PURDY and Others, as Trustees of the Village of Ossining, and Together Constituting the Board of Trustees of the Village of Ossining. Respondents.— Determination of the board of trustees of the village of Ossining annulled, with fifty dollars costs and disbursements to petitioners, and assessments canceled. Because of lack of power in the board of trustees to make the house

connections and levy the cost against the properties, and because of the failure to give any notice to the petitioners before the work was done, the assessments are illegal and void. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.